[Nos. 68222-9-I; 68224-5-I.  Division One.  May 19, 2014.]

*In the Matter of the Estate of* WILLIAM ROSS TAYLOR.

PATRICIA CAIARELLI, *Respondent*, v. CHARLES E. TAYLOR II, *Appellant*, REUBEN TAYLOR, JR., ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 06-4-02116-6, Jim Rogers, J., entered December 20, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.

[No. 69603-3-I.  Division One.  May 19, 2014.]

COMPASS HOUSING ALLIANCE, *Respondent*, v. FRANCINE PALMER-BENJAMIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-30597-8, Carlos Velategui, J. Pro Tem., entered November 9, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ.

[No. 69614-9-I.  Division One.  May 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MYLES LAWRENCE HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02166-6, Carol A. Schapira, J., entered November 16, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Appelwick, J.